**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01065-BNB

DAVID ISBERG,

    Applicant,

v.

JOE CARACHE, Dir. CDOC, and
STEVE QUINN, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    At issue are the Applicant's "Request [sic] to Pay Any and All Fees and Process Up front and to Add a Defendant to List," ECF No. 5., and the Request for More Time, ECF No. 6.  In the Request to Pay and Add Defendant, Applicant states that he intends to change the nature of this case to a civil rights action and to pay the filing fee in full. Applicant further states that he sent a money order for $300 along with a new complaint, pursuant to 42 U.S.C. § 1983.  In the Request for More Time, Applicant asserts that he still intends to pay the fee in full up front, which if he does is $400.00.  The Court also notes that neither a complaint nor a $300 payment has been received.

    Applicant's Request to Pay and Add Defendant, ECF No. 5, is denied as moot. Applicant's Request for More Time, ECF No. 6, is granted.  Plaintiff shall have thirty days from the date of this Minute Order to comply with the Court's April 23, 2013 Order to Cure.  If Applicant fails to comply within the time allowed the action will be dismissed without further notice.  No further extensions of time will be granted without just cause.

Dated:  May 16, 2013